No. 01–9987.  MUTCH v. WASHINGTON.  Sup. Ct. Wash.  Certiorari denied.

No. 01–9989.  TURNER v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 01–9990.  WHITE v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 01–9993.  WILSON v. JOHNSON ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 01–9995.  KEMP v. CITY OF BUFFALO ET AL.  Ct. App. N. Y.  Certiorari denied.

No. 01–9996.  JAMES v. UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA.  C. A. 11th Cir.  Certiorari denied.

No. 01–9997.  WHITEBIRD v. SNIDER, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 01–9998.  WILLIAMS v. CHAPMAN, WARDEN.  Super. Ct. Baldwin County, Ga.  Certiorari denied.

No. 01–10000.  CARTER v. INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 01–10004.  RICOTTA v. RICOTTA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 01–10007.  MALLARD v. ROE, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–10008.  STANFORD v. PARKER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 01–10010.  SKOLNICK ET AL. v. CERVENKA ET AL.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 01–10011.  FLOWERS v. WALTER.  C. A. 9th Cir.  Certiorari denied.